# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00131-WDM-MJW

SHANNON DOUGLASS,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER AUTHORIZING DEPOSITION OF OUT OF STATE WITNESS ( Docket No. 25 )

Plaintiff has moved this Court for an Order authorizing the Illinois Courts to issue subpoenas and other documents necessary to conduct the deposition of Hans-Dieter Schaller, an employee of locomotive manufacturer EMD in La Grange, Illinois, who has specific knowledge of facts which plaintiff believes are pertinent to the present lawsuit. Plaintiff also wishes to serve a subpoena *duces tecum* to EMD to obtain specifically identified documents referenced in a 2001 report authored by Mr. Schaller.

This Court has reviewed the Motion, Response, Reply and Exhibits, and arguments of counsel in their moving papers.

IT IS HEREBY ORDERED that the Circuit Court of Cook County, Illinois is authorized by this Court to issue subpoenas and subpoenas *duces tecum* compelling EMD to produce the designated witnesses and documents.

BY THE COURT:

_____ 12/16/09
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO