IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00131-WDM-MJW

SHANNON DOUGLASS,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

Defendant.

### ORDER GRANTING THE JOINT MOTION TO VACATE AND CONTINUE THE MAY 5, 2010 DUE DATE FOR SUBMISSION OF THE PRETRIAL ORDER AND THE MAY 10, 2010 PRETRIAL CONFERENCE
( Docket No 40 )

The above-captioned matter came on for consideration by the Court upon the Parties' Joint Motion To Vacate And Continue The May 5, 2010 Due Date For Submission Of The Pretrial Order And The May 10, 2010 Pretrial Conference. Upon review of the Joint Motion, and for good cause appearing thereby,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED, and the Pretrial Conference currently scheduled for May 10, 2010 is hereby vacated and rescheduled for June 29th, 2010, 2:30 o'clock p.m. It is also Ordered that the Pretrial Order is now due on or before June 23rd, 2010.

DATED this 3rd day of May, 2010.

BY THE COURT:

MICHAEL J. WATANABE
MAGISTRATE JUDGE